UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-14,<br><br>    Defendants. | Civil Action No. 12-00764 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Pending before the Court is John Doe No. 7's Motion to Quash Subpoena Served Upon Custodian of Records, Comcast Communications, LLC. *See* ECF No. 7. For the reasons explained below, the Court will deny this motion.

John Doe No. 7 filed this Motion to Quash "because the subpoena requires disclosure of protected information, subjects Doe No. 7 to undue burden, and seeks information that is not relevant given Plaintiff's inability to link Doe No. 7 to alleged infringing activity." ECF No. 7 at 1. John Doe No. 7 also argues that "[i]f the mere act of having an IP address can link a subscriber to copyright infringement suits, an extortion risk is also presented." *Id*. at 6 (citation omitted). The Court finds these arguments unavailing. First, this Court has already found that there is "good cause" to allow the plaintiff to "ascertain the identity of the putative Defendants in this case." ECF No. 5 at 1. Second, as the plaintiff acknowledges in Plaintiff's Memorandum in Opposition to John Doe 7's Motion to Quash the Subpoena Served Upon Custodian of Records Comcast Communications, LLC., ECF No. 8 at 2, this Court has "consistently denied Motions to Quash in similar cases involving online copyright infringement through the BitTorrent protocol." *See, e.g.*, *Call of the Wild Movie, LLC v. DOES 1-1,062*, 770 F. Supp. 2d 332 (D.D.C. 2011);

1

*Voltage Pictures, LLC v. DOES 1-5,000*, 818 F. Supp. 2d 28 (D.D.C. 2011); *Maverick Entm't Group, Inc. v. DOES 1-2,115*, 810 F. Supp. 2d 1 (D.D.C. 2011). The Court incorporates by reference the reasoning of these decisions because this case presents no factual circumstances that would distinguish this case from those prior decisions. Furthermore, John Doe No. 7 has not provided the Court any other grounds to depart from this reasoning here.

Accordingly, it is hereby

**ORDERED** that the Motion to Quash Subpoena Served Upon Custodian of Records, Comcast Communications, LLC., ECF No. 7, is **DENIED**.

**SO ORDERED.**

**DATED: September 11, 2012**

*Beryl A. Howell*
BERYL A. HOWELL
United States District Judge